Motions
Granted; Appeals Dismissed and Memorandum Opinion filed June 28, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00277-CV

NO. 14-11-00278-CV

____________

 

RODRICK DAVIS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the County Court at Law
No. 2

Fort Bend County, Texas

Trial Court Cause Nos. 10-CCV-043680
& 10-CCV-043681

 



 

M E M O R
A N D U M   O P I N I O N

Appellant filed notices of appeal from orders signed March
17, 2011.  On June 15, 2011 and June 21, 2011, appellant filed motions to
dismiss the appeals.  See Tex. R. App.
P. 42.1.  The motions are granted.

Accordingly, the appeals are ordered dismissed. 

PER CURIAM

 

Panel consists of Justices
Frost, Jamison, and McCally.